**Michael Wayne CRUMP, Petitioner–**
**Appellant,**

v.

**VIRGINIA DEPARTMENT OF**
**CORRECTIONS, DIRECTOR,**
**Respondent–Appellee.**

No. 01–7437.

United States Court of Appeals,
Fourth Circuit.

Submitted March 14, 2002.

Decided March 22, 2002.

Michael Wayne Crump, Appellant Pro Se. Stephen R. McCullough, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Michael Wayne Crump seeks to appeal the district court's order dismissing as untimely his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Crump's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Crump v. Virginia Dep't of Corr.*, No. CA–01–444–7 (W.D.Va. July 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*